**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.: 13-cv-03055-RM-BNB

RADIOSHACK CORPORATION and TRS QUALITY, INC.,

    Plaintiffs,

v.

PALMETTO PARTNERS, INC. and ALAN F. GIBSON,

    Defendants.

---

**ORDER OF DISMISSAL**

---

    THIS MATTER comes before the Court on Plaintiffs' Motion to Dismiss (ECF No. 10). Upon consideration of the Motion and file, and being otherwise fully advised in the premises, it is ORDERED that:

1. The Motion (ECF No. 10) is hereby GRANTED; and
2. The above civil action is DISMISSED, with each party to pay its/his own costs and attorney fees incurred in connection with this matter.

DATED this 14th day of January, 2014.

                                                  BY THE COURT:

                                                  RAYMOND P. MOORE
                                                  United States District Judge